```
 1  David J. Miclean (#115098)
    miclean@fr.com
 2  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
 3  Redwood City, CA  94063
    Telephone:  (650) 839-5070
 4  Facsimile:  (650) 839-5071

 5  Attorneys for Plaintiff
    HG CAPITAL, LLC
 6
    David E. Russo (#112023)
 7  drusso@sterlingandclack.com
    STERLING & CLACK
 8  A Professional Corporation
    101 Howard Street, Suite 400
 9  San Francisco, CA  94105
    Telephone:  (415) 543-5300
10  Facsimile:  (415) 543-3335

11  Attorneys for Defendants
    H.G. CAPITAL, INC.;
12  H.G. CAPITAL DEVELOPMENT
    GROUP, LLC
13
```

**FILED**

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HG Capital, LLC, <br><br>          Plaintiff, <br><br>     v. <br><br> H.G. Capital, Inc. and H.G. Capital Development Group, LLC, and Does 1 to 100, inclusive, <br><br>          Defendants. | Case No. C 04-05384 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION DATE |

1  The parties to the above-entitled action hereby move for continuance of the last day to
2  conduct mediation in the above-entitled action. Pursuant to the Order of the Court, mediation was
3  to have taken place by July 18, 2005.
4  The parties are actively engaged in substantive settlement discussions and would like to
5  complete direct talks before submitting the matter to a mediator. Further, delay in appointment of
6  the current mediator, occasioned by a conflict rejection of the initially appointed mediator, has
7  made it impossible to confirm available dates for the mediation before August 18, 2005. A
8  mediation has now been set with Samuel R. Miller of Folger, Levin & Kahn for August 18, 2005.
9  The parties would request the Court to continue the last day to conduct mediation from
10 July 18, 2005 to August 31, 2005.

12 Dated: July 15, 2005                        FISH & RICHARDSON P.C.

14                                             By: /s/ David J. Miclean
15                                                 David J. Miclean

16                                             Attorneys for Plaintiff
                                               HG CAPITAL, LLC

18 Dated: July 15, 2005                        STERLING CLACK

20                                             By: /s/ David E. Russo
21                                                 David E. Russo

22                                             Attorneys for Defendants
                                               H.G. CAPITAL, INC.; H.G. CAPITAL
23                                             DEVELOPMENT GROUP, LLC

24 ///
25 ///
26 ///
27 ///
28

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David E. Russo.

Dated: July 15, 2005

FISH & RICHARDSON P.C.

By: /s/ David J. Miclean
David J. Miclean

Attorneys for Plaintiff
HG CAPITAL, LLC

**ORDER**

IT IS SO ORDERED.

Dated: 7-20-05

Honorable Marilyn Hall Patel
Judge of the United States District Court