| | |
|---|---|
| 1  ROBERT S. McLAY (SBN 176661)<br>STEPHEN M. HAYES (SBN 83583)<br>2  HAYES, DAVIS, ELLINGSON, McLAY & SCOTT<br>203 Redwood Shores Parkway, Suite 480<br>3  Redwood Shores, CA  94065<br>Telephone: (650)637-9100<br>4  Facsimile: (650) 637-8071<br><br>5  JOHN M. LATINI (SBN 127958)<br>JOHN M. LATINI, ATTORNEY AT LAW<br>6  *The Wells Fargo Center*<br>400 Capitol Mall, Suite 900<br>7  Sacramento, CA  95814<br>Telephone: (916) 449-3911<br>8  Facsimile: (916) 449-8244<br><br>9  Attorneys for Defendants<br>H.G. CAPITAL, INC.;<br>10  H.G. CAPITAL DEVELOPMENT GROUP, LLC | **FILED**<br><br>AUG - 8 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HG CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>H.G. CAPITAL, INC. and H.G. CAPITAL DEVELOPMENT GROUP, LLC. and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. C-04-05384 MHP<br><br>SUBSTITUTION OF ATTORNEYS |

Case 3:04-cv-05384-MHP   Document 19   Filed 08/04/2005   Page 1 of 3

TO: THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE BE ADVISED that in the case entitled *HG Capital, LLC v. H.G. Capital, Inc., et al.*, Case No. C-04-05384 MHP Defendants H.G. CAPITAL, INC. and H.G. CAPITAL DEVELOPMENT GROUP, LLC hereby substitute the law firms of Hayes, Davis, Ellingson, McLay & Scott and John M. Latini, Attorney at Law in place and stead of the law firm of Sterling & Clack. Copies of all future pleadings, records and papers should be served on:

STERLING & CLACK    Fax:4155433335    Aug  4 2005  13:57    P.03
AUG-04-2005 13:33 From:                              To:4155433335         P.3/4
08/04/2005 THU 14:20  FAX 3415 986 7028 H C CAPITAL INC                    ☒003/004
AUG-04-2005 10:20 From:                              To:1415 986 7089      P.3/4

```
 1                         Robert S. McLay
                           Stephen M. Hayes
 2          HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
              203 Redwood Shores Parkway, Suite 480
 3                   Redwood Shores, CA  94065
                     Telephone: (650)637-9100
 4                   Facsimile: (650) 637-8071

 5                         John M. Latini
                  John M. Latini, Attorney At Law
 6                     The Wells Fargo Center
                     400 Capitol Mall, Suite 900
 7                      Sacramento, CA  95814
                     Telephone: (916) 449-3911
 8                   Facsimile: (916) 449-8244

 9      I consent to this substitution, individually, and on behalf of H.G. CAPITAL, INC;

10  H.G. CAPITAL DEVELOPMENT GROUP, LLC.

11
12  Dated: August  4 , 2005              H.G. CAPITAL, INC.
                                         H.G. CAPITAL DEVELOPMENT GROUP, LLC
13
14
                                         By: _____
15                                              HERMAN WEEKS, President

16          I consent to this substitution.
17  Dated: August  4 , 2005              STERLING & CLACK.
18
19                                       By: _____
20                                              DAVID E. RUSSO

21          I accept this substitution.
22  Dated: August  3 , 2005              HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
23
24                                       By: _____
25                                              ROBERT S. McLAY
26
27
28
                                      -2-
                Substitution of Attorneys - Case No. C-04-05384 MHP
```

Case 3:04-cv-05384-MHP   Document 19   Filed 08/04/2005   Page 2 of 3

```
 1          I accept this substitution.
 2   Dated: August 3, 2005            JOHN M. LATINI, ATTORNEY AT LAW
 3
 4                                     By_____
                                          JOHN M. LATINI
 5
 6
 7
 8          The Substitution of Attorney is hereby approved and so ordered.
 9   Dated: August 8, 2005            _____
10                                     HONORABLE MARILYN H. PATEL
11
12
13
14
15
16
     Case 3:04-cv-05384-MHP   Document 19   Filed 08/04/2005   Page 3 of 3
17
18
...
28
```

-3-
Substitution of Attorneys - Case No. C-04-05384 MHP