ROBERT S. McLAY (SBN 176661)
STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorney for Defendants
H.G. CAPITAL, INC;
H.G. CAPITAL DEVELOPMENT GROUP, LLC

**CHAMBERS**
**FILED COPY**

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HG CAPITAL, LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>H.G. CAPITAL, INC. and H.G. CAPITAL DEVELOPMENT GROUP, LLC and DOES 1 to 100, Inclusive,<br><br>                    Defendants. | CASE NO.  C 04-05384 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE STATUS CONFERENCE** |

    All parties, by and through their respective counsel, hereby stipulate to continue the case management conference currently set for September 19, 2005 for 60 days to allow the parities to finalize the settlement agreement.

## I.
## RECITALS

    1.    On August 18, 2005, the parties reached a settlement agreement at the mediation conducted by Sam Miller

    2.    The parties have finalized the written settlement agreement and are in the process of executing same. The parties anticipate completing the execution process and filing a stipulated

19622

-1-

1  dismissal within the next 30 - 60 days.

2     3.   For these reasons, and in the interest of judicial economy, the parties have agreed to

3  stipulate to continue the status conference currently set for September 19, 2005 for 60 days with the

4  expectation that a further status conference will be unnecessary.

**II.**
**STIPULATION**

7     The parties hereby stipulate to continue the status conference currently set for September 19,

8  2005 for 60 days to allow for the completion of their settlement agreement and release and request

9  for dismissal of the action.

10  Dated: September 12, 2005          FISH & RICHARDSON P.C.

/S/
13                                     DAVID J. MICLEAN
                                       Attorney for Plaintiff
14                                     HG CAPITAL, LLC

16  Dated: September 12, 2005          HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By _____/S/_____
19                                     ROBERT S. McLAY
                                       STEPHEN M. HAYES
20                                     STEPHEN P. ELLINGSON
                                       Attorneys for Defendants
21                                     H.G. CAPITAL, INC. and H.G. CAPITAL
                                       DEVELOPMENT GROUP, LLC

**III.**
**[~~PROPOSED~~] ORDER**

25     Pursuant to the parties' stipulation, the status conference currently set for September 19,

26  2005 shall be continued to November 21, 2005, at 3:00 p.m.

27  IT IS SO ORDERED:

**IT IS SO ORDERED**

28  / / /

9/15/05

U.S. DISTRICT JUDGE

19680