FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David J. Miclean (#115098)
miclean@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
HG CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HG Capital, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>H.G. Capital, Inc. and H.G. Capital Development Group, LLC, and Does 1 to 100, inclusive,<br><br>          Defendants. | Case No. C 04-05384 MHP<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to agreement and stipulation between the parties to the above-entitled lawsuit, the above action is hereby dismissed with prejudice.

Dated: October 26, 2005                    FISH & RICHARDSON P.C.


                                           By: /s/ David J. Miclean
                                               David J. Miclean

                                           Attorneys for Plaintiff
                                           HG CAPITAL, LLC

1

1    Dated:  October 26, 2005                    HAYES, DAVIS, ELLINGSON, MCLAY &
2                                                SCOTT

3

4                                               By:  /s/ Stephen P. Ellingson
5                                                    Stephen P. Ellingson

6                                               Attorneys for Defendants
                                                H.G. CAPITAL, INC. and H.G. CAPITAL
7                                               DEVELOPMENT GROUP, LLC

8
     Dated:  October 26, 2005                    JOHN M. LATINI, ATTORNEY AT LAW
9

10

11                                              By:  /s/ John M. Latini
                                                    John M. Latini
12

13                                              Attorneys for Defendants
                                                H.G. CAPITAL, INC. and H.G. CAPITAL
14                                              DEVELOPMENT GROUP, LLC

15

16          Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

17   penalty of perjury that concurrence in the filing of this document has been obtained from Stephen

18   P. Ellingson and John M. Latini.

19   Dated:  October 26, 2005                    FISH & RICHARDSON P.C.

20

21                                              By:  /s/ David J. Miclean
                                                    David J. Miclean
22

23                                              Attorneys for Plaintiff
                                                HG CAPITAL, LLC

24

25          IT IS SO ORDERED.

26   Dated:

27   5029582.doc                                United States District Judge

28

                                    2                    STIPULATED DISMISSAL WITH PREJUDICE
                                                              Case No. C 04-05384 MHP